UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PETER ARCHER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DIDEM NISANCI, et al.,<br><br>　　　　Defendants. | No.  2: 23-cv-1469 KJN P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner, proceeding without counsel, with this civil action.  Pending before the court is plaintiff's motion for injunctive relief.  (ECF No. 2.)  For the reasons stated herein, the undersigned recommends that plaintiff's motion for injunctive relief be denied.

Named as defendants in plaintiff's complaint are Treasury Secretary Yellen and Treasury Director Nisanci.  (ECF No. 1 at 2.)  In the complaint, plaintiff alleges violations of the Sherman Act and several sections of the United States Code.  (Id. at 3-13.)  Plaintiff also alleges related state law claims.  (Id.)  By separate order, the undersigned dismissed plaintiff's complaint with leave to amend.

In the pending motion for injunctive relief, plaintiff appears to request that the court order the Mule Creek State Prison ("MCSP") Education Department to provide plaintiff with classes in order for plaintiff to obtain his G.E.D.  (ECF No. 2.)

////

1

To obtain preliminary injunctive relief, plaintiff must show "that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest." Winter v. Natural Resources Defense Council, Inc., 555 U.S. 7, 20 (2008). Plaintiff cannot show a likelihood of success on the merits because the injunctive relief he seeks is unrelated to the claims raised in the complaint. Accordingly, plaintiff's motion for a preliminary injunction should be denied.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall appoint a district judge to this action; and

IT IS HEREBY RECOMMENDED that plaintiff's motion for a preliminary injunction (ECF No. 2) be denied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: August 8, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Arch1469.inj