UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PETER ARCHER, | No. 2:23-cv-1469 WBS KJN P |
| Plaintiff, | |
| v. | ORDER |
| DIDEM NISANCI, et al., | |
| Defendants. | |

Plaintiff filed a motion for an extension of time to file an amended complaint and objections to the August 8, 2023, findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 13) is granted; and

2. Plaintiff is granted thirty days from the date of this order to file an amended complaint and objections to the August 8, 2023 findings and recommendations.

Dated: August 23, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

arch1469.36