UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JOHN PETER ARCHER,<br><br>        Plaintiff,<br><br>   v.<br><br>DIDEM NISANCI, et al.,<br><br>        Defendant. | No. 2:23-cv-1469 WBS KJN P<br><br><br>ORDER |

----oo0oo----

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. Plaintiff alleges violations of the Sherman Act and several sections of the United States Code against United States Treasury Secretary Yellen and Treasury Director Nisanci. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff filed a motion for a preliminary injunction on July 21, 2023, in which he appears to request that the court order the Mule Creek State Prison Education Department to provide

1

plaintiff with classes in order to obtain his GED.  (Docket No. 2.)  On August 8, 2023, the Magistrate Judge filed findings and recommendations recommending that this motion for a preliminary injunction be denied, and gave notice to plaintiff that any objections to those findings and recommendations were to be filed within fourteen days of that order.  (Docket No. 11.)  Plaintiff filed no objections to the August 8, 2023 findings and recommendations.

Plaintiff filed a second motion for preliminary injunction on August 28, 2023 in which he requests a court order directing prison officials to allow him to remain at Facility B at the Mule Creek State Prison.  (Docket No. 16.)  On September 6, 2023, the Magistrate Judge filed findings and recommendations recommending that (1) plaintiff's First Amended Complaint be dismissed without leave to amend and (2) plaintiff's second motion for a preliminary injunction be denied.  (Docket No. 17.)  The September 6, 2023 findings and recommendations were served on plaintiff and contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  On September 18, 2023, plaintiff filed objections to those findings and recommendations.  (Docket No. 18.)

The court has reviewed the file and finds the findings and recommendations of August 8, 2023 and those of September 6, 2023 to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Magistrate Judge's findings and recommendations filed August 8, 2023 and September 6, 2023, are adopted in full;

2. Plaintiff's motions for injunctive relief (Docket

2

Nos. 2 and 16) are denied; and

       3.   This action is dismissed.

Dated: November 21, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE